**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 24-6742**

———————

JULLIAN HUFFMAN,

        Plaintiff - Appellant,

  and

JUSTIN ALLEN CROSS; JOSEPH KETCHUM, JR.; DEVIN CRAIG EVANS; NICHOLAS DEMPSEY; JUSTIN RAMEY; JOSHUA VANOVER,

        Plaintiffs,

     v.

DR. CRYSTAL LARGE; MAJOR PARKS; SUPERINTENDENT ALSBROOK,

        Defendants - Appellees.

———————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Pamela Meade Sargent, Magistrate Judge.  (7:24-cv-00441-JPJ-PMS)

———————

Submitted:  November 19, 2024               Decided:  November 22, 2024

———————

Before QUATTLEBAUM, RUSHING, and BENJAMIN, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Jullian Huffman, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jullian Huffman seeks to appeal the magistrate judge's order severing his and his co-plaintiffs' jointly filed 42 U.S.C. § 1983 action into separate actions. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Huffman seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*